IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**08-RJ-0015**

Case No. 08-mc-0021

RDS GROUP, INC.,

    Complainant,

v.

EXECUTIVE COMMODITY CORPORATION,
MARK DYM,
THOMAS KENNEDY, and
DON CAMPBELL,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2008

GREGORY C. LANGHAM
CLERK

## ORDER TO RE-DESIGNATE CASE

This matter is before the Court on Complainant RDS Group, Inc.'s Certification of Judgment for Registration in Another District, with an attached request for issuance of a Writ of Execution. On examination of the case, it appears this matter was opened in error as a miscellaneous case. It is noted that Complainant properly paid the miscellaneous action fee of $39.00. As the case is a registration of judgment from another district, and falls under the authority granted by federal law under 28 U.S.C. § 1963 and the District of Colorado's local rule of practice D.C.COLO.LCivR 10.1.I(3), it is

ORDERED that the Clerk of Court is directed to close this miscellaneous action in keeping with administrative procedures. It is

FURTHER ORDERED that the Clerk of Court is directed to open a separate action – designated as an "rj" case – using the documents submitted in case no. 08-mc-0021, pursuant to 28 U.S.C.§ 1963 and D.C.COLO.LCivR 10.1.I(3). It is

FURTHER ORDERED that the $39.00 registration of judgment fee, as listed in the District of Colorado Schedule of Fees, shall be waived.

Dated: 7th day of November, 2008.

BY THE COURT:

CRAIG B. SHAFFER
UNITED STATES MAGISTRATE JUDGE